THE STATE OF NEBRASKA, EX REL. W. W. W. JONES, v. JOHN WALLICHS.

**Mandamus.**   An application for mandamus must show that the relator is entitled to the writ, otherwise it will be refused.

ORIGINAL application for mandamus.

*J. R. Webster*, for the application.

*The Attorney General*, contra.

BY THE COURT.

This is an application by the relator as secretary of the board of education of the state normal school, to compel the defendant to draw a warrant on the state treasury in favor of Robert Curry for the sum of $75.00.   By what authority the relator institutes this action does not appear,

and we are unable to find that such power is conferred upon him. A judgment in the case would bind neither Curry nor the state. The application must therefore be denied.

APPLICATION DENIED.